UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH
CIVIL ACTION NO. 5:14-CR-00018-TBR

UNITED STATES OF AMERICA                                                    Plaintiff

v.

MAURICE PURDIMAN                                                            Defendants

**OPINION AND ORDER**

This matter comes before the Court upon motion by the Defendant, Maurice Purdiman, for jail credit. (R. 19). The United States has responded, (R. 20), and this matter is now ripe for adjudication. For the reasons that follow, **IT IS HEREBY ORDERED** that Wilson's motion (R. 19) is **DENIED**.

**Discussion**

Maurice Purdiman requests that the Court grant him credit against his sentence for some time served in Grayson County Detention Center. The Court must deny Wilson's motion. "[I]t is the Attorney General, through the Bureau of Prisons, and not the district court, that is authorized pursuant to 18 U.S.C. § 3585(b) to grant a defendant credit for time served." *United States v. Smith*, LEXIS 9343, at *1 (6th Cir. 1998) (citing *United States v. Wilson*, 503 U.S. 329, 333, 112 S. Ct. 151,117 L Ed. 2d 593 (1992)). While a district court may review the credit computation Under 28 U.S.C. § 2241, Purdiman must first exhaust all his administrative remedies through the Bureau of Prisons. *United States v. Dowell*, 16 F. App'x 415, 420 (6th Cir. 2001). He has given no indication that he has done so. (R. 19). Thus, this Court has no jurisdiction over Wilson's claim for jail credit. *See United States v. Santana*, No. 3:13-cr-00007-TBR, 2018 U.S. Dist. LEXIS 89576 (W.D. Ky.

May 30, 2018) (denying an inmates motion for jail-time credit because he gave no indication that he had exhausted his administrative remedies).

For these reasons the Court must deny Purdiman's motion (R. 53).

## Conclusion

Accordingly, **IT IS HEREBY ORDERED** that Defendant Maurice Prudiman's Motion for Jail Credit (R. 19) is **DENIED.**

cc: Maurice L. Purdiman
      GRAYSON COUNTY DETENTION CENTER
      320 Shaw Station Road
      Leitchfield, KY 42754
      PRO SE